## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

RICK BRIGGS,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-08-3033-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 25th day of March, 2009.

                                            JAMES R. LARSEN
                                            District Court Executive/Clerk

                                            by:  s/Pamela A. Howard
                                                    Deputy Clerk

cc: all counsel